STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7200
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 21-CR-386 JST |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| VERONICA FORBES, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against defendant Veronica Forbes.

DATED: October 24, 2022

                                            Respectfully submitted,

                                            STEPHANIE M. HINDS
                                            United States Attorney

                                            *Thomas A. Colthurst*

                                            THOMAS A. COLTHURST
                                            Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Veronica Forbes.

Date: October 24, 2022

_____
HON. JON S. TIGAR
United States District Judge